UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

MARY ANN BOUDREAU

V. C.A. No.: 05- 154S

BACOU USA, INC.
and PRUDENTIAL INSURANCE COMPANY

**COMPLAINT**

PARTIES AND JURISDICTION

1. The plaintiff, Mary Ann Boudreau, a resident of the City of Woonsocket, State of Rhode Island, brings this complaint on her own behalf as a beneficiary under a long term disability insurance policy issued to her through her employer, Uvex Corp.

2. The defendant, Bacou USA, Inc., is an ERISA Welfare Benefit Plan within the meaning of ERISA, 29 USC§1002(1), and this Court has jurisdiction under 29 USC§1144.

3. The defendant, Prudential Insurance Company, acted as the administrator of a long term disability benefit plan issued to the employees of Uvex Corp. Said long term disability plan bears the group policy number DG-96178-RI.

4. The plaintiff was an employee of Uvex Corp., on and prior to April 13, 2000, and by virtue of said employment was a certificate holder of said long term disability benefit plan issued by the defendant.

5. While in the employ of Uvex Corp., the plaintiff became totally disabled as defined in the certificate of long term disability benefits.

6. On April 12, 2000, the plaintiff was no longer able to perform herjob duties.

7. The plaintiff duly filed a claim for long term disability benefits as required by the policy described above.

8. The plaintiff received benefits from April 13, 2000 through October 31, 2003. On or about November 1, 2003, the plaintiff received notification from the defendants that her long term disability benefits were being terminated.

9. The plaintiff has demanded additional benefits from the defendants and the defendants have refused to pay benefits due the plaintiff under the aforementioned policy.

10. The defendants' failure to pay the benefits due the plaintiff is a breach of its obligation under the policy.

WHEREFORE, the plaintiff, Mary Ann Boudreau, demands judgment against the defendants, Bacou USA, Inc. and the Prudential Insurance Company, in an amount equal to the coverage provided by said plan, plus interest, costs and attorney fees.

Plaintiff,
Mary Ann Boudreau,
By her Attorney,

Anthony J. Gianfrancesco, Esq. (#2762)
Baluch, Gianfrancesco, Mathieu & Szerlag
155 South Main Street
Suite 101
Providence, Rhode Island 02903
(401) 331-1434
Fax: (401) 351-9653