96

# United States District Court

FOR THE DISTRICT OF RHODE ISLAND

MARY ANN BOUDREAU

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: CA05-154S

BACOU USA, INC.
and PRUDENTIAL INSURANCE COMPANY

TO: (Name and address of defendant) Bacou USA, Inc.

PLEASE SERVE AFS: Human Resources Department
10 Thurbur Boulevard
Smithfield, RI

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Anthony J. Gianfrancesco, Esq.
Baluch, Gianfrancesco, Mathieu & Szerlag
155 South Main Street
Suite 101
Providence, RI 02903
(401) 331-1434

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 4-14-05

(BY) DEPUTY CLERK [signature]

2

AO 440 (Rev. 10/93) Summons in a Civil Action (Reverse)

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me [1] | DATE 4/18/05 |
|---|---|
| NAME OF SERVER (PRINT) KENNETH K NORISIAN | TITLE FEDERAL COURT PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ______

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☑ Other (*specify*): BACOU USA INC ✓ Lynne Sinnett HR Admin 4-18-05

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | 40 — | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 4/18/05
Date

[signature]
*Signature of Server*

1845 ATWOOD AVE
*Address of Server*
JOHNSTON RI 02919

FILED 2005 APR 19 A 10:28 U.S. DISTRICT COURT DISTRICT OF RHODE ISLAND

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.