AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

FOR THE DISTRICT OF RHODE ISLAND

MARY ANN BOUDREAU

V.

BACOU USA, INC.
and PRUDENTIAL INSURANCE COMPANY

## SUMMONS IN A CIVIL CASE

CASE NUMBER: [redacted] 05 154S

TO: (Name and address of defendant) Prudential Insurance Company of America

PLEASE SERVE AFS: State of RI Insurance Commissioner
222 Richmond Street
Providence, RI

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Anthony J. Gianfrancesco, Esq.
Baluch, Gianfrancesco, Mathieu & Szerlag
155 South Main Street
Suite 101
Providence, RI 02903
(401) 331-1434

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 4-14-05

(BY) DEPUTY CLERK

3

AO 440 (Rev. 10/93) Summons in a Civil Action (Reverse)

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me [1] | DATE 4/15/05 |
|---|---|
| NAME OF SERVER (PRINT) KENNETH K. NORIGIAN | TITLE CONSTABLE GOPU |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ______

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☐ Other (*specify*): ✓ Jill-Ann Ouillette 4/15/05
RI INSURANCE COMMISSIONER

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | 35 | 35 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 4/15/05
*Date*

[signature]
*Signature of Server*

1845 ATWOOD AVE
*Address of Server*
JOHNSTON RI 02919

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND
2005 APR 19 A 10:28
FILED

(1) As to who may serve a summons see Rule 4 of the Fe[deral] Rules of Civil Procedure.