UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

MARY ANN BOUDREAU,

V.

BACOU USA, INC. AND PRUDENTIAL INSURANCE COMPANY

CIVIL ACTION NO.: 05-154 S

## MOTION FOR ENTRY OF APPEARANCE PRO HAC VICE

Defendant, The Prudential Insurance Company of America, hereby moves that William T. Bogaert and Carey L. Bertrand be admitted *pro hac vice* as associate trial counsel with local associate counsel identified below. Defendant submits that the law firm of *pro hac* counsel has taken over the national representation of The Prudential Insurance Company of America.

Attached are the certificates for *pro hac vice* admission for attorneys Bogaert and Bertrand.

Respectfully submitted,

Michael J. Pisaturo

Michael J. Pisaturo, #5936
THE LAW OFFICE OF MICHAEL J. PISATURO, PC
1312 Atwood Avenue
Johnston, RI 02919
Telephone: (401)464-8111
Facsimile: (401)942-4928

6

**CERTIFICATE OF SERVICE**

I, Michael J. Pisaturo, hereby certify that on this 4th day of May 2005, I served a copy of the foregoing upon all parties of record by mailing same postage prepaid to:

Anthony Gianfrancesco, Esq.
Baluch, Gianfrancesco, Mathieu & Szerlag
155 South Main Street, Suite 101
Providence, Rhode Island 02903-2963

Michael J. Pisaturo, Esq.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| MARY ANN BOUDREAU,<br><br>V.<br><br>BACOU USA, INC. AND PRUDENTIAL INSURANCE COMPANY | CIVIL ACTION NO.: 05-154 |

**ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION**

I hereby certify as follows:

(1) I, William T. Bogaert, am a member in good standing of the bar of the Commonwealth of Massachusetts and the Federal District Court bar of Massachusetts, and that my eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys and there are no disciplinary proceedings pending against me at this time.

(3) I have never been convicted of any crime other than minor traffic offenses.

(4) I was admitted pro hac vice in the case of Ebel v. The Prudential Insurance Company of America, C.A. NO. 02-388S, which was recently settled. Also, I sought and was granted admission in one other case in this district in the early 1990's. That matter has since been resolved. I recently sought admission to this Court in the case of Femino v. The Prudential Insurance Company of America, C.A. NO. 04-298-S but the case was withdrawn before any decision was made on my admission.

(5) I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For the purposes of this case I have associated with local counsel identified below, and have read, acknowledge, and will observe the requirements of this

Court respecting the participation of local associate counsel, as set out in Local Rule 5, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in this case.

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of Local Rule 5 in its entirety and as it relates to the participation and responsibilities of local associate counsel.

William T. Bogaert
WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP
155 Federal Street
Boston, MA 02110
Telephone: (617) 422-5300
Facsimile: (617) 423-6917

Michael J. Pisaturo, #5936
THE LAW OFFICE OF MICHAEL J. PISATURO, PC
1312 Atwood Avenue
Johnston, RI 02919
Telephone: (401)464-8111
Facsimile: (401)942-4928

**ORDER:** **This motion is hereby ____________________**
**U.S. District Judge**
**Date:________________**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

MARY ANN BOUDREAU,

V.

BACOU USA, INC. AND PRUDENTIAL INSURANCE COMPANY

CIVIL ACTION NO.: 05-154

## ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION

(1) I, William T. Bogaert, certify that I am a member in good standing of the bar of the Commonwealth of Massachusetts and the federal district court bar of Massachusetts, without any restriction on my eligibility to practice, and that I understand my obligation to notify this Court immediately of any change respecting my status in this respect.

(2) I recently sought admission to this Court in the case of Femino v. The Prudential Insurance Company of America, C.A. NO. 04-298-S but the case was withdrawn before any decision was made on my admission.

(3) I have read, acknowledged, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(4) For purposes of this case I have associated with local associate counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local associate counsel, as set out in Local Rule 5, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of Local Rule 5 in its entirety and as it related to the participation and responsibilities of local associate counsel.

William T. Bogaert
WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP
155 Federal Street
Boston, MA 02110

Michael J. Pisaturo, #5936
THE LAW OFFICE OF MICHAEL J. PISATURO, PC
1312 Atwood Avenue
Johnston, RI 02919

Facsimile: (617) 423-6917

Facsimile: (401)942-4928

**ORDER:** **This motion is hereby ________________________________________**
**U.S. District Judge**
**Date:________________________**