UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| Mary Ann Boudreau<br>Plaintiff, | ) | |
| v. | ) | CA No. 05-154S |
| Bacou USA, Inc., et al.<br>Defendants. | ) | |

**PRETRIAL ORDER**

(Civil Case)

After conference with the attorneys in this case and pursuant to Rule 16 of the Federal Rules of Civil Procedure, it is ordered that:

1. Cross Motions for Summary Judgment. Plaintiff and Defendants shall file their Motions for Summary Judgment by **September 30, 2005**. Any Replies to said Motions for Summary Judgment shall be filed by **October 21, 2005**.

By Order

Deputy Clerk

ENTER:

William E. Smith
United States District Judge
Date: 6/2/05