FILED
SEP 28 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

MARY ANN BOUDREAU

V. C.A. No.: 05-154 S

BACOU USA, INC.
and PRUDENTIAL INSURANCE COMPANY

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME**

Now comes the Plaintiff through her attorney, Anthony J. Gianfrancesco, Esq. and requests this Court for an extension of time in which to file Summary Judgment motions and responses thereto. Plaintiff requests an extension of one week or until October 7, 2005 to file Summary Judgment and two weeks thereafter for replies or until October 28, 2005. Attorney for defendant has no objection to this request.

Plaintiff,
Mary Ann Boudreau,
By her Attorney,

GRANTED
William E. Smith
U.S. District Judge
9/29/05

Anthony J. Gianfrancesco, Esq. (# 2762)
Baluch, Gianfrancesco, Mathieu & Szerlag
155 South Main Street
Suite 101
Providence, Rhode Island 02903
(401) 331-1434
Fax: (401) 351-9653

**CERTIFICATION**

I hereby certify that a copy has been sent to **Michael J. Pisaturo, Esq.**, The Law Office of Michael J. Pisaturo, P.C., 1312 Atwood Avenue, Johnston, Rhode Island 02919 and **William T. Bogaert, Esq. and Carey L. Bertrand, Esq.**, Wilson, Elser, Moskowitz, Edelman & Dicker, LLP, 155 Federal Street, Boston, Massachusetts 02110, on this 28th day of September, 2005.