UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

MARY ANN BOUDREAU

V. C.A. No.: 05-154 S

BACOU USA, INC.
and PRUDENTIAL INSURANCE COMPANY

**PLAINTIFF'S MOTION TO AMEND ADMINISTRATIVE RECORD FOR JUDICIAL REVIEW**

Now comes the Plaintiff, Mary Ann Boudreau and moves this Court for permission to amend the Administrative Record for Judicial Review to add a letter from Prudential Insurance Company to plaintiff's attorney for reasons set forth in the Memorandum attached hereto

Plaintiff,
Mary Ann Boudreau,
By her Attorney,

Anthony J. Gianfrancesco, Esq. (# 2762)
Baluch, Gianfrancesco, Mathieu & Szerlag
155 South Main Street
Suite 101
Providence, Rhode Island 02903
(401) 331-1434
Fax: (401) 351-9653

**CERTIFICATION**

I hereby certify that a copy has been sent to **Michael J. Pisaturo, Esq.**, The Law Office of Michael J. Pisaturo, P.C., 1312 Atwood Avenue, Johnston, Rhode Island 02919 and **William T. Bogaert, Esq. and Carey L. Bertrand, Esq.**, Wilson, Elser, Moskowitz, Edelman & Dicker, LLP, 155 Federal Street, Boston, Massachusetts 02110, on this 30th day of September, 2005.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

MARY ANN BOUDREAU

V. C.A. No.: 05-154 S

BACOU USA, INC.
and PRUDENTIAL INSURANCE COMPANY

**PLAINTIFF'S MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION TO AMEND ADMINISTRATIVE RECORD**

Plaintiff requests permission to amend the Administrative Record to include a letter from Prudential Insurance Company dated August 7, 2003. The letter was signed by Christopher J. Caruso, Disability Claims Manager, and addresses Ms. Boudreau's eligibility for continuation of her Group Life Insurance. Nevertheless, Mr. Caruso states in his letter:

"we have reviewed Mary Ann Boudreau's Long Term Disability file…"

The basis for Mr. Caruso's decision regarding life insurance benefits is based on the same material reviewed for LTD benefits. Mr. Caruso is an employee of Prudential Insurance Company's Disability Claims Unit and therefore his interpretation of the file material should be considered.

Additionally, this letter is the only document received on Ms. Boudreau's behalf that was omitted from the Administrative Record.

Plaintiff,
Mary Ann Boudreau,
By her Attorney,

Anthony J. Gianfrancesco, Esq. (# 2762)
Baluch, Gianfrancesco, Mathieu & Szerlag
155 South Main Street
Suite 101
Providence, Rhode Island 02903
(401) 331-1434
Fax: (401) 351-9653

**CERTIFICATION**

I hereby certify that a copy has been sent to **Michael J. Pisaturo, Esq.**, The Law Office of Michael J. Pisaturo, P.C., 1312 Atwood Avenue, Johnston, Rhode Island 02919 and **William T. Bogaert, Esq. and Carey L. Bertrand, Esq.**, Wilson, Elser, Moskowitz, Edelman & Dicker, LLP, 155 Federal Street, Boston, Massachusetts 02110, on this 30th day of September, 2005.

______________________