**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| MARY ANN BOUDREAU<br>Plaintiff | : | |
| VS. | : | C.A. NO.: 05-154S |
| BACOU USA, INC. and<br>PRUDENTIAL INSURANCE COMPANY<br>Defendant | : | |

**L.R. 12.1 STATEMENT OF DISPUTED FACTS OF THE PLAINTIFF IN CONNECTION WITH HER MOTION FOR SUMMARY JUDGMENT**

Pursuant to L.R. 12.1 (1) of the United States District Court for the District of Rhode Island, Mary Ann Boudreau (hereinafter collectively referred to as "Ms. Boudreau"), submits this statement of material facts as to which she contends there is a genuine issue necessary to be litigated.

**STATEMENT OF DISPUTED FACTS**

The following is Ms. Boudreau's L.R. 12.1(1) concise statement of all disputed material:

1. The cervical MRI records indicated moderate to advanced central stenosis but clinical exams were unremarkable.

2. Although Ms. Boudreau was diagnosed with Lyme disease, there was no evidence to suggest that the condition would continuously prevent her from working.

3. Ms. Boudreau's own reported activities of maintaining her home, shopping, going to the ocean and riding the bumper cars at an amusement park reflected physical capabilities consistent with at least a sedentary level of function.

Plaintiff,
Mary Ann Boudreau,
By her Attorney,

Anthony J. Gianfrancesco, Esq. (# 2762)
Baluch, Gianfrancesco, Mathieu & Szerlag
155 South Main Street
Suite 101
Providence, Rhode Island 02903
(401) 331-1434
Fax: (401) 351-9653

## CERTIFICATION

I hereby certify that a copy has been sent to **Michael J. Pisaturo, Esq.**, The Law Office of Michael J. Pisaturo, P.C., 1312 Atwood Avenue, Johnston, Rhode Island 02919 and **William T. Bogaert, Esq. and Carey L. Bertrand, Esq.**, Wilson, Elser, Moskowitz, Edelman & Dicker, LLP, 155 Federal Street, Boston, Massachusetts 02110, on this 7th day of October, 2005.