UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

MARY ANN BOUDREAU,
Plaintiff

v.

BACOU USA, INC. AND
PRUDENTIAL INSURANCE
COMPANY,
Defendants

CIVIL ACTION NO.: 05-154-S

**DEFENDANTS' OBJECTION TO PLAINTIFF'S MOTION TO AMEND ADMINISTRATIVE RECORD FOR JUDICIAL REVIEW**

Now come the Defendants, Bacou USA Inc., and The Prudential Insurance Company of America (hereinafter collectively referred to as "Prudential") and objects Plaintiff's Motion to Amend Administrative Record for Judicial Review. Prudential relies and submits its opposition in support of its objection to plaintiff's motion to amend record.

Respectfully submitted,
BACOU USA, INC. and
THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA,
By its attorneys,

William T. Bogaert (by MSP)
William T. Bogaert,
*Admitted Pro Hac Vice*
Carey L. Bertrand
*Admitted Pro Hac Vice*
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER, LLP
155 Federal Street
Boston, MA 02110
(617) 422-5300

Local Counsel:

Michael J. Pisaturo
The Law Office of Michael J. Pisaturo, PC
1312 Atwood Avenue
Johnston, RI 02919
401-464-8111
401-942-4928 Fax

**Certification**

I hereby certify that I have mailed a copy of the within memorandum to counsel for plaintiff Anthony J. Gianfrancesco, Esq. at 155 South Main Street, Providence, RI 02903 on the 12th day of October 2005.

Michael J. Pisaturo