***UNITED STATES DISTRICT COURT***
***District of Rhode Island***

# ***NOTICE***

***MARY ANN BOUDREAU***

***v.*** ***CA05-154S***

***BACOU USA, INC., et al.***

***PLEASE TAKE NOTICE THAT THE PROCEEDING LISTED BELOW HAS BEEN SCHEDULED IN THE ABOVE ENTITLED CASE BEFORE U.S. DISTRICT COURT MAGISTRATE JUDGE LINCOLN D. ALMOND***

***TYPE OF PROCEEDING:***

Defendant's Motion for Summary Judgment
Plaintiff's Motion for Summary Judgment

***PLACE:*** ***U.S. District Court***
***Courtroom A - Room 224***
***John O. Pastore Federal Building***
***Two Exchange Terrace***
***Providence, RI 02903***

***DATE:*** ***DECEMBER 1, 2005***

***TIME:*** ***10:00 A.M.***

***David A. DiMarzio, Clerk of Court***

Jeannine Theall
Jeannine Theall
Deputy Clerk
Date: November 10, 2005

**NOTICE SENT TO:** **BERTRAND, BOGAERT, GIANFRANCESCO, PISATURO**

N.B. COUNSEL ARE DIRECTED TO NOTIFY THE CLERK'S OFFICE AT 752-7217 IF THE NAME OF COUNSEL FOR ANY PARTY IS OMITTED FROM THIS NOTICE.