UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
FEB 22 2006
Property of U.S. District Court
District of Rhode Island

MARY ANN BOUDREAU,
Plaintiff

v.

BACOU USA, INC. AND
PRUDENTIAL INSURANCE
COMPANY,
Defendants

CIVIL ACTION NO.: 05-154 S

## STIPULATION OF DISMISSAL

Now come the parties pursuant to Fed. R. Civ. P. 41(a)(1)(ii) and hereby stipulate that this matter be dismissed with prejudice and without costs.

Respectfully submitted,

Plaintiff,
MARY ANN BOUDREAU,

Anthony Gianfrancesco,
Baluch, Gianfrancesco, Mathieu & Szerlag
155 S. Main St., Suite 101
Providence, RI 02903
(410)331-1434

Defendants,
BACOU USA, INC., and
THE PRUDENTIAL
INSURANCECOMPANY OF AMERICA,

William T. Bogaert,
*Admitted Pro Hac Vice*
Carey L. Bertrand
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER, LLP
155 Federal Street
Boston, MA 02110
(617) 422-5300

Local Counsel:

Michael J. Pisaturo
The Law Office of Michael J. Pisaturo, PC
1312 Atwood Avenue
Johnston, RI 02919
401-464-8111
401-942-4928 Fax

ENTER
WILLIAM E. SMITH
U.S. DISTRICT JUDGE
DATE 2|27|06